**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6641**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHUNGA HAKI MATATA, a/k/a K-9,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (CR-94-44, CA-00-77-1-3)

———————————

Submitted:  September 21, 2000      Decided:  September 29, 2000

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Chunga Haki Matata, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chunga Haki Matata appeals the district court's order denying his motion for disclosure of grand jury materials.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Matata, Nos. CR-94-44; CA-00-77-1-3 (W.D.N.C. Apr. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2